# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DALLAS M. FAULKNER, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 4:13-cv-00129 |
| v. | )<br>) |
| VICTORIA M. HOLT, RALPH B. ANDY, LLOYD E. CAMPBELL, EDWARD J. DINEEN, WALTER J. KLEIN, PAMELA F. LENEHAN, JACKSON W. ROBINSON, CRAIG A. WOLFANGER, POLYONE CORPORATION, 2012 REDHAWK, INC., 2012 REDHAWK, LLC, and SPARTECH CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dallas M. Faulkner ("Plaintiff"), through his undersigned counsel, respectfully dismisses this action, with prejudice.

Dated: March 7, 2013                                              Respectfully submitted,

                                                                                    CAREY DANIS & LOWE

                                                                                    By: /s/ James J. Rosemergy
                                                                                    8235 Forsyth Boulevard, Suite 1100
                                                                                    St. Louis, MO 63105
                                                                                    Tel: (314) 725-7700
                                                                                    Fax: (314) 721-0905

jrosemergy@careydanis.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins, Esq.
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2013, the foregoing was filed using the Court's ECF system, and served upon all counsel thereby.

By: */s/ James J. Rosemergy*